### 35796. PEAK v. CHAMPAGNE et al.

Upon review by this court, we find the trial judge's findings of fact were supported by the evidence and conclusions of law drawn therefrom were correct. Accordingly, we affirm under Rule 59.

*All the Justices concur.*

SUBMITTED JANUARY 4, 1980 — DECIDED APRIL 9, 1980 — REHEARING DENIED APRIL 29, 1980.

*Black & Black, Eugene C. Black,* for appellant. *John M. Vansant, Jr.,* for appellees.